

Michigan.gov Home     DLEG | Sitemap | Contact | Online Services | Agencies     Search

## LIMITED LIABILITY COMPANY DETAILS

**Searched for:** NEWPHARM DISTRIBUTORS, LLC
**ID Num:** B39894
**Name:** NEWPHARM DISTRIBUTORS, LLC
**Type:** Domestic Limited Liability Company
**Resident Agent:** EUGENE E NEWMAN
**Registered Office Address:** 6734 EDINBOROUGH   W BLOOMFIELD   MI   48322
**Mailing/Office Address:**
**Formation/Qualification Date:** 7-29-1999
**Jurisdiction of Origin:** MICHIGAN
**Managed by:** Managers
**Status:** ACTIVE, BUT NOT IN GOOD STANDING AS OF 5-1-2003   **Date:** Present

Images Available

Return to Search        New Search

Civil # 05-11811-DPW



| Michigan.gov Home | DLEG | Sitemap | Contact | Online Services | Agencies | Search |

## CORPORATION DIVISION BUSINESS ENTITY SEARCH RESULTS

| Entity Name | ID Number | Type |
|---|---|---|
| NEWPHARM DISTRIBUTORS, LLC | B39894 | Limited Liability Company |

Total Records: 1

New Search

Search results will contain corporations which were active in 1978 or filed after 1/1/1979; limited partnerships transferred to this agency from the county clerks on 1/1/1983 and limited partnerships filed with this office after 1/1/1983; limited liability companies filed with this office after 6/1/1993; railroad records transferred to this agency on 1/14/1994; name reservations and name registrations.

You will be able to view these records to determine agent, agent address, date of formation or qualification, and other general information about each entity.

Two or more corporations, limited partnerships, limited liability companies or other entities may assume the same name if in a joint venture or partnership, if the name is permissible for the entities involved. The assumed name certificate must list all entities which are using the same assumed name.

A type of 'Filing Pending' indicates a document was submitted with that name. Pending records remain on the system until two weeks after the document is filed or the file is closed. There is no detail to review for name reservations, name registrations or pending records.

Name reservations hold the name for a limited time for possible use by an entity. Name registrations are foreign profit corporations that are not doing business in Michigan and wish to register their name only. These registrations expire yearly unless renewed.

Michigan.gov Home | DLEG | Contact | State Web Sites | Site Map
Privacy Policy | Link Policy | Accessibility Policy | Security Policy
Copyright © 2001-2005 State of Michigan

*Civil # 05-11811-DPW*