**U.S. District Court**
**Boston, Massachusetts**
**District of Massachusetts**

**Robert J. Gallagher,**
**Plaintiff**

                                                    **Civil # 05-11811-DPW**
                                                    **Jury Trial Demanded**

v.

**New Pharm Distributors, LLC**
**Eugence E. Newman, Reg. Agent**
**Ralph Jordan, Acting Agent**
     **And/or Individually-Separately**
**Defendants**

### Motion that the Court Rule on Status of
### P's 9/9/05 Motion for an Order of Notice- Affidavit

     Now comes the Plaintiff, Robert J. Gallagher, who states that:

     (1) Plaintiff's most recent <u>Motion for an Order of Notice- Affidavit</u> dates back five months to September 8, 2005.
     (2) No ruling has been forthcoming on that motion.
     (3) ***Justice delayed is justice denied,*** William E. Gladstone.

     Plaintiff requests that the Court report on the Status of this Motion.

     Respectfully submitted,

*[signature]*

(The Rev. Dr.) Robert J. Gallagher          February 10, 2006