AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of    Massachusetts

Robert J. Gallagher

**SUMMONS IN A CIVIL CASE**

V.

New Pharm Distributors, LLC,
Rx-e Pharm,
Eugene E. Newman and           CASE   05-11811 DPW
Ralph Jordan

**FILE COPY**

TO: (Name and address of Defendant)

Eugene E. Newman a/k/a Eugene C. Newman
New Pharm Distributors, LLC
2700 Ayershire Drive
Bloomfield Hill, MI 48302-0802
Oakland County

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Robert D. Canty, Jr.
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
978-440-7000

an answer to the complaint which is herewith served upon you, within   twenty (20)   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.



CLERK

(By) DEPUTY CLERK

5-15-06
DATE

• AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 5-16-06 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| THOMAS GLENFIELD | CPS |

Check one box below to indicate appropriate method of service

- **☒ Served personally upon the defendant. Place where served:** 2700 AYERSHIRE Dr. BLOOMFIELD Hills, MI 48302

- ☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

  Name of person with whom the summons and complaint were left: _____

- ☐ Returned unexecuted: _____

- ☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | 35.00 | 35.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  May 16, 2006        *Thomas Glenfield*
             Date                  Signature of Server

                                   4656 Desert Bridge Ct Highland, MI 48356
                                   Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.