UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. GALLAGHER, ) | CASE NO.05 CV11811-DPW |
| Plaintiff, ) | |
| ) | |
| Vs. ) | |
| ) | |
| NEWPHARM DISTRIBUTORS, LLC ) | |
| ) | |
| Defendant. ) | |

**<u>NOTICE OF APPEARANCE</u>**

Please enter the Appearance of Robert D. Canty, Jr as attorney for the Plaintiff, Robert J. Gallagher, in the above captioned matter.

Respectfully submitted,

/s/ Robert D. Canty, Jr.

Robert D. Canty, Jr.
(BBO #560406)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
978-440-7000
978-440-7650 fax
rcanty@feelaw.com