UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT J. GALLAGHER,<br>    Plaintiff,<br><br>Vs.<br><br>NEWPHARM DISTRIBUTORS, LLC<br><br>    Defendant. | CASE NO.05 CV11811-DPW |

## PLAINTIFF'S NOTICE OF DISMISSAL

Now comes the Plaintiff, Robert J. Gallagher, pursuant to Fed. Rules of Civ. P. Rule 41(a)(1) and gives notice of his voluntary dismissal of the above captioned matter and as a basis states that no answer to the Complaint has been served on the plaintiff to date.

Dated: December 1, 2006

ROBERT J. GALLAGHER
By his attorney,

/s/ Robert D. Canty, Jr.

Robert D. Canty, Jr.
(BBO #560406)
Fee, Rosse & Lanz, P.C.
321 Boston Post Road
Sudbury, MA 01776
978-440-7000
978-440-7650 fax
www.feelaw.com